**Electronically Filed
Supreme Court
SCPW-25-0000410
01-JUL-2025
08:02 AM
Dkt. 12 ORD**

SCPW-25-0000410

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DI WU,
Petitioner,

vs.

THE HONORABLE KATHERINE G. LEONARD,
Acting Chief Judge of the Intermediate Court of Appeals,
State of Hawai'i, Respondent Judge

and

DAN DAN ZHANG aka DANDAN ZHANG, Respondent.

---

ORIGINAL PROCEEDING
(CAAP-24-0000779; CASE NO. 1CCV-22-0000964)

ORDER
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of mandamus filed May 19, 2025, and the record, Petitioner has not demonstrated a clear and indisputable right to relief, nor a lack of alternative means to seek the relief sought in this original proceeding. An extraordinary writ is unwarranted. See

<u>Womble Bond Dickinson (US) LLP v. Kim</u>, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

Construed as an application for writ of certiorari, the application is rejected.

DATED:  Honolulu, Hawaiʻi, July 1, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

